UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Petitioner,  v.  **RODNEY JEFFERSON,**  Respondent. | Case No. 25–cv–01931–ESK–SAK  ORDER |

**THIS MATTER** having come before the Court on the petitioner's motion for summary enforcement of Civil Investigation Demand No. NJ–2024–113 (Motion) (ECF No. 1); and the Motion having been referred to the Honorable Sharon A. King, U.S.M.J. (docket entry before ECF No. 2); and Judge King having issued a Report and Recommendation (R&R) on May 20, 2025, recommending that the Motion be granted (ECF No. 4); and no objections to the R&R having been received (*see id.* p. 6); and for the reasons stated in the R&R,

**IT IS** on this   **4th** day of **June 2025**   **ORDERED** that:

1. The R&R is **adopted**. (ECF No. 247.)   The Motion (ECF No. 172) is **GRANTED**. Within **seven** days of this Order, Respondent shall appear at the United States Attorney's Office for the District of New Jersey, at 97 Broad Street. Newark, New Jersey, to provide sworn oral testimony in response to the Civil Investigation Demand.

2. The Clerk of the Court is shall mark this matter as **CLOSED**.

        */s/ Edward S. Kiel*
        **EDWARD S. KIEL**
        **UNITED STATES DISTRICT JUDGE**